UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| NANCY I. KLINGLER, | : | CASE NO. 1-22-00415-HWV |
| Debtor | : | |

## ORDER

Upon consideration of the First Interim Application of LAW OFFICE OF LISA A. RYNARD, by Lisa A. Rynard, Counsel for Debtor in the above matter,

**IT IS ORDERED THAT:** compensation and expenses will be allowed for the payment of fees in the amount of $1,686.50 and expenses in the amount of $49.76, for a total of $1,736.26 for the time period of February 1, 2022 through May 31, 2022. The balance of any amounts due ($49.26) to be paid from funds previously designated for other creditors in Debtor's Chapter 13 Plan.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 27, 2022